IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-00352-01-CR-W-GAF |
| ) | |
| TITUS K. DILLARD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 18, 2014, defendant entered a plea of guilty to Count One of the Indictment before United States Magistrate Judge John T. Maughmer. On September 18, 2014, Judge Maughmer issued his Report and Recommendation (Doc. #42).

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. Defendant's sentencing is scheduled for March 17, 2015, at 1:30 p.m.

SO ORDERED.

                                                                      s/ Gary A. Fenner
                                                                      GARY A. FENNER, JUDGE
                                                                      UNITED STATES DISTRICT COURT

DATED: March 16, 2015